UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 36909
   CHARLES E EUSTIS III
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-2881
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/13/05 and confirmed on 02/02/06.

   2.  The case was dismissed after confirmation, 09/19/2008.

   3.  The Debtor paid a total of $  39551.62 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN PARTRIOT INS AG | SECURED | 23126.48 | .00 | 11949.46 |
| WILL COUNTY TREASURER | SECURED | 6848.97 | .00 | 6848.97 |
| SN SERVICING CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| SN SERVICING CORPORATION | MORTGAGE ARRE | 16177.83 | .00 | 16177.83 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE STATE EXT PRODUC | UNSECURED | 180434.75 | 1276.15 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WEST BEND MUTUAL INS CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4092.60 | 21.61 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 156.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 46153.28 | .00 | 184683.35 | .00 | 230836.63 |
| PRINCIPAL PAID | 34976.26 | .00 | .00 | .00 | 34976.26 |
| INTEREST PAID | .00 | .00 | 1297.76 | .00 | 1297.76 |
| TOTAL PAID | 34976.26 | .00 | 1297.76 | .00 | 36274.02 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $  2700.00
and was paid $   1001.38  direct and $   1698.62  through the plan.

The Trustee received $   1578.98 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 05 B 36909 CHARLES E EUSTIS III